# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| YELENA MOYERS,<br><br>Plaintiff,<br><br>v.<br><br>TTM TECHNOLOGIES NORTH AMERICA, LLC, CHANDLER DEAN, an Individual; and DOES 1-50, inclusive,<br><br>Defendants. | **ORDER ON STIPULATED MOTION TO STAY PROCEEDINGS**<br><br>Case No.: 1:22-cv-00038-BSJ<br><br>**Judge Bruce S. Jenkins** |

The COURT, having reviewed the parties' STIPULATED MOTION TO STAY PROCEEDINGS and being fully advised in the premised,

HEREBY ORDERS the above-captioned matter is stayed pending arbitration, including all proceedings and deadlines, until further notice and agreement by the parties.

DATED this __25th__ day of ~~April~~ april 2022.

BY THE COURT:

_____
BRUCE S. JENKINS
United States Magistrate Judge